IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JACQUELYN SUE VIOLETTE,  ) | |
| ) | |
| Plaintiff,  ) | Civil Case No. 07-6074-KI |
| ) | |
| vs.  ) | JUDGMENT |
| ) | |
| MICHAEL J. ASTRUE, Commissioner  ) | |
| of Social Security,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

Martin J. McKeown
Andrea K. Knight
Julianna C. Coons
P. O. Box 11650
Eugene, Oregon 97440

    Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Britannia I. Hobbs
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Joanne E. Dantonio
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

Based on the record,

The decision of the Commissioner is hereby AFFIRMED.  This action is dismissed.

Dated this ____9th____ day of January, 2008.

    /s/ Garr M. King
    Garr M. King
    United States District Judge